UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| Case No. | LA CV21-07572 JAK | Date | August 21, 2023 |
|---|---|---|---|
| Title | In Re Zetta Jet USA, Inc., et al. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| T. Jackson-Terrell | Marea Woolrich |
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Appellant: | Attorneys Present for Appellee: |
|---|---|
| Jeffrey Torosian | Brian Condon |
| John Lyons | Michael Bernstein |
| Joseph Roselius | Oscar Ramallo |
| Noah Schottenstein | Robert Anderson |
| Johnathan King-Trustee | |

**Proceedings:**      **CONSOLIDATED HEARING**

The consolidated hearing is held. For observers, recording or re-broadcasting of the proceedings is strictly prohibited. Counsel are provided with written copies of the Court's tentative views, which are not to be copied or otherwise distributed. Counsel address the Court. The Court takes the matter **UNDER SUBMISSION** and a ruling will be issued.

**IT IS SO ORDERED.**

|  | : | 45 |
|---|---|---|
| | Initials of Preparer | TJ |