| | |
|---|---|
| 1 | ARNOLD & PORTER KAYE SCHOLER LLP |
| 2 | Michael L. Bernstein (*pro hac vice*)<br>Arnold & Porter Kaye Scholer LLP |
| 3 | 601 Massachusetts Ave., NW<br>Washington, DC 20001-3743 |
| 4 | T (202) 942-5000<br>F (202) 942-5999 |
| 5 | michael.bernstein@arnoldporter.com |
| 6 | Brian K. Condon (Bar No. 425819)<br>Oscar Ramallo (Bar No. 241487) |
| 7 | 777 South Figueroa Street, 44th Floor<br>Los Angeles, CA  90017-5844 |
| 8 | T (213) 243-4000<br>F (213) 243-4199 |
| 9 | brian.condon@arnoldporter.com<br>oscar.ramallo@arnoldporter.com |
| 10 | Reeves Anderson (*pro hac vice*) |
| 11 | 1144 Fifteenth Street, Suite 3100<br>Denver, CO 80202-2569 |
| 12 | T (303) 863-1000<br>F (303) 863-2301 |
| 13 | reeves.anderson@arnoldporter.com |
| 14 | *Counsel for Defendants-Appellees*<br>*Universal Leader Investment Limited, Glove Assets Limited,* |
| 15 | *and Truly Great Global Limited* |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: Zetta Jet USA, Inc., et al.<br><br>              Debtors.<br>     - - - - -<br><br>JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc and Zetta Jet PTE, Ltd.,<br><br>              Plaintiff-Appellant<br>vs.<br>UNIVERSAL LEADER LIMITED, et al.,<br><br>              Defendants-Appellees. | **Case No. 2:21-cv-7572-JAK**<br><br>Bankruptcy Case No. 2:17-bk-21386-SK<br>Adversary Case No. 2:19-ap-01383-SK<br><br>**STIPULATION TO EXTEND TIME TO FILE AND BRIEF APPELLEES' MOTION FOR ATTORNEYS' FEES ON APPEAL**<br><br>Judge:   Hon. John A. Kronstadt |

STIPULATION

      Plaintiff Jonathan D. King, in his capacity as Chapter 7 Trustee (the "Trustee"), and Defendants Universal Leader Investment Limited ("UL"), Glove Assets Investment Limited ("Glove"), and Truly Great Global Limited ("TGG") make this stipulation with reference to the following facts:

      A.    The Trustee filed the original Complaint in U.S. Bankruptcy Court, Adversary Case No. 2:19-ap-01383-SK (the "AP Case") against UL, Glove, Truly Great Global Limited (collectively, the "UL Defendants"), Li Qi, and others on September 13, 2019.  AP Case Dkt. #1.  The Trustee filed an Amended Complaint on March 29, 2021.  AP Case Dkt. #232.

      B.    On August 20, 2021, the Bankruptcy Court entered a final judgment dismissing the Adversary Proceeding with prejudice as to the UL Defendants and Li Qi (the "Main Judgment").  AP Case Dkt. #320.

      C.    On August 31, 2021, the Trustee filed a Notice of Appeal of the Main Judgment.  *See In re Zetta Jet USA, Inc., et al.*, C.D. Cal. No. 2:21-cv-07572-JAK (the "Appeal").  Appeal Dkt. #1.

      D.    On September 30, 2021, the UL Defendants filed a motion for attorneys' fees in the Bankruptcy Court as prevailing parties on the Main Judgment (the "Main Judgment Fee Motion").  AP Case Dkt. #334.

      E.    The Bankruptcy Court continued the hearing on the Main Judgment Fee Motion several times pending the outcome of the appeal on the Main Judgment.  The hearing on the Main Judgment Fee Motion is currently set for June 12, 2024.

      F.    The Main Judgment was affirmed in the above-captioned proceeding by Order of this Court dated March 26, 2024.  Appeal Dkt. #55.

      G.    The UL Defendants intend to seek their attorneys' fees as the prevailing parties on this Appeal.  The Trustee intends to oppose their request.

      H.    The UL Defendants' motion for attorneys' fees on appeal is due April 9, 2024, pursuant to Central District Local Rule 54-7.

      I.    In order to conserve the parties' and the Court's resources and to ensure

the orderly administration of the AP Case and the Appeal, the parties agree that litigation of the UL Defendants' entitlement to recovery of attorneys' fees related to the Appeal should be deferred until the Main Judgment Fee Motion has been resolved.

NOW, THEREFORE, the Parties agree, subject to Court approval, as follows:

The time for the UL Defendants to seek attorneys' fees in connection with the Appeal is hereby extended until fourteen (14) days after the resolution of the Main Judgment Fee Motion by the Bankruptcy Court.

Dated:  03 April 2024                ARNOLD & PORTER KAYE SCHOLER LLP

By:  /s/ *Brian Condon*
Brian K. Condon (Bar No. 138776)
Oscar Ramallo (Bar No. 241487)
Attorneys for Defendants Universal Leader Investment Limited, Glove Assets Investment Limited, and Truly Great Global Limited

Dated:  03 April 2024                DLA PIPER LLP (US)

By:  /s/ *John K. Lyons*
John K. Lyons
Attorneys for The Chapter 7 Trustee

## ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

By: /s/ Brian Condon
Brian K. Condon