# CASE NO. 2:21-cv-7572-JAK

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

In re: Zetta Jet USA, Inc., et al.

*Debtors.*

JONATHAN D. KING, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd.,

*Appellant*,

vs.

LI QI, UNIVERSAL LEADER INVESTMENT LIMITED, GLOVE ASSETS INVESTMENT LIMITED, and TRULY GREAT GLOBAL LIMITED,

*Appellees*.

## APPELLANT'S NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Plaintiff/Appellant, Jonathan D. King, solely in his capacity as Chapter 7 Trustee of Zetta Jet USA, Inc. and Zetta Jet PTE, Ltd., respectfully files this Notice of Appeal to the United States Court of Appeals for the Ninth Circuit from the final order entered by this Court on March 26, 2024 [Docket Number 55]. The names of the parties to the appeal are as follows:

1608878940.2

| Party | Attorney(s) |
|---|---|
| **Appellant**<br>JONATHAN D. KING, SOLELY IN HIS CAPACITY AS CHAPTER 7 TRUSTEE OF ZETTA JET USA, INC AND ZETTA JET PTE, LTD., | Robert A. Klyman<br>David M. Riley<br>**DLA Piper LLP (US)**<br>2000 Avenue of the Stars<br>Suite 400 North Tower<br>Los Angeles, CA 90067<br>Telephone: (310) 595-3000<br>Facsimile: (310) 595-3300<br>Email:  robert.klyman@us.dlapiper.com<br>            david.riley@us.dlapiper.com<br><br>John K. Lyons<br>Jeffrey S. Torosian<br>Joseph A. Roselius<br>**DLA Piper LLP US**<br>444 West Lake Street, Suite 900<br>Chicago, IL 60606-0089<br>Email:  john.lyons@us.dlapiper.com<br><br>Noah M. Schottenstein<br>**DLA Piper LLP US**<br>1900 North Pearl Street, Suite 2200<br>Dallas, TX 75201<br>Telephone: (214) 743-4500<br>Facsimile: (214) 743-4545<br>Email:  noah.schottenstein@us.dlapiper.com |

1608878940.2

| Party | Attorney(s) |
|---|---|
| **Appellee**<br>Li Qi | Brian K. Condon<br>Oscar Ramallo<br>**Arnold & Porter Kaye Scholer LLP**<br>777 South Figueroa Street, 14th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email:  brian.condon@arnoldporter.com<br>           oscar.ramallo@arnoldporter.com<br><br>Michael L. Bernstein<br>**Arnold & Porter Kay Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email:  michael.bernstein@arnoldporter.com |
| **Appellee**<br>UNIVERSAL LEADER INVESTMENT LIMITED | Brian K. Condon<br>Oscar Ramallo<br>**Arnold & Porter Kaye Scholer LLP**<br>777 South Figueroa Street, 14th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email:  brian.condon@arnoldporter.com<br>           oscar.ramallo@arnoldporter.com<br><br>Michael L. Bernstein<br>**Arnold & Porter Kay Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email:  michael.bernstein@arnoldporter.com |

1608878940.2

| Party | Attorney(s) |
|---|---|
| **Appellee**<br>GLOVE ASSETS INVESTMENT LIMITED | Brian K. Condon<br>Oscar Ramallo<br>**Arnold & Porter Kaye Scholer LLP**<br>777 South Figueroa Street, 14th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email:  brian.condon@arnoldporter.com<br>            oscar.ramallo@arnoldporter.com<br><br>Michael L. Bernstein<br>**Arnold & Porter Kay Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email:  michael.bernstein@arnoldporter.com |
| **Appellee**<br>TRULY GREAT GLOBAL LIMITED | Brian K. Condon<br>Oscar Ramallo<br>**Arnold & Porter Kaye Scholer LLP**<br>777 South Figueroa Street, 14th Floor<br>Los Angeles, CA 90017<br>Telephone: (213) 243-4000<br>Facsimile: (213) 243-4199<br>Email:  brian.condon@arnoldporter.com<br>            oscar.ramallo@arnoldporter.com<br><br>Michael L. Bernstein<br>**Arnold & Porter Kay Scholer LLP**<br>601 Massachusetts Avenue, N.W.<br>Washington, DC 20001<br>Telephone: (202) 942-5000<br>Facsimile: (202) 942-5999<br>Email:  michael.bernstein@arnoldporter.com |

1608878940.2

| | |
|---|---|
| DATED: April 22, 2024<br>Los Angeles, California | Respectfully submitted,<br><br>**DLA PIPER LLP (US)**<br><br> /s/  Robert A. Klyman   <br>Robert A. Klyman (SBN 142723)<br>David M. Riley (SBN 292087)<br>John K. Lyons (admitted *pro hac vice*)<br>Jeffrey S. Torosian (admitted *pro hac vice*)<br>Joseph A. Roselius (admitted *pro hac vice*)<br><br>*Attorneys for the Trustee* |

## **CERTIFICATE OF SERVICE**

I, Robert A. Klyman, hereby certify that on the 22nd day of April 2024, I caused a true and correct copy of the foregoing document to be served via the Court's ECF system.

 */s/ Robert A. Klyman*
Robert A. Klyman
